R. W. Sutton, Appellee, v. Alexander Hance, Appellant.

(Not to be reported in full.)

Appeal from the Circuit Court of Douglas county; the Hon. FRANKLIN H. BOGGS, Judge, presiding. Heard in this court at the October term, 1915. Reversed with finding of fact. Opinion filed April 21, 1916.

Statement of the Case.

Action in trespass for false imprisonment by R. W. Sutton, plaintiff, against Alexander Hance, defendant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

From a judgment for plaintiff, defendant appeals. The plaintiff alleged that he was arrested at the instance of the defendant by a police officer without a warrant.

P. M. MOORE and JOHN H. CHADWICK, for appellant.

W. W. REEVES, EDWARD C. CRAIG, DONALD B. CRAIG and JAMES W. CRAIG, JR., for appellee.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

FALSE IMPRISONMENT, § 28*—*when evidence sufficient to show that plaintiff was arrested on warrant properly issued.* In an action in trespass for false imprisonment, where the plaintiff's sole contention was that he was arrested without a warrant, evidence *held* to show that he was arrested on a warrant duly issued out of a court of competent jurisdiction.